## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JAMES G. BAKER, *AS CHAPTER 7*
*TRUSTEE FOR THE BANKRUPTCY*
*ESTATE OF CONNIE KIMBERLY*
*GEORGE,*
      *Plaintiff,*

v.

ASPEN SPECIALTY INSURANCE
COMPANY,

      *Defendant.*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 1:26-cv-00163-JPB

## <u>NOTICE OF APPEARANCE</u>

COMES NOW, Kayla B. Polonsky, of the law firm of Bondurant, Mixson & Elmore, LLP, and pursuant to Northern District of Georgia Local Rule 83.1(D), enters an appearance as counsel on behalf of Plaintiff James G. Baker, as Chapter 7 Trustee for the Bankruptcy Estate of Connie Kimberly George, in the above-styled case and requests service of all pleadings, notices, orders, and any other materials involved in this action. Contact information is as follows:

Kayla B. Polonsky
Georgia Bar No. 952174
Bondurant, Mixson & Elmore, LLP
3900 One Atlantic Center
1201 West Peachtree Street, N.W.
Atlanta, Georgia 30309
Telephone:  (404) 881-4152
Facsimile:  (404) 881-4111

polonsky@bmelaw.com

Respectfully submitted this 11th day of March, 2026.

/s/ *Kayla B. Polonsky*
Kayla B. Polonsky
Ga. Bar No. 952174

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree St. NW
Atlanta, Georgia 30309
Tel: (404) 881-4152
Fax: (404) 881-4111
polonsky@bmelaw.com

## <u>CERTIFICATION OF COMPLIANCE</u>

The undersigned attorney hereby certifies that the foregoing **NOTICE OF APPEARANCE** was prepared in accordance with N.D. Ga. L.R. 5.1, using Times New Roman font, 14 point.

This 11th day of March, 2026.

/s/ *Kayla B. Polonsky*
Kayla B. Polonsky
Ga. Bar No.  952174

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have electronically filed this **NOTICE OF APPEARANCE** with the Court using the CM/ECF System which will serve a copy via the e-filing system on all counsel.

This 11th day of March, 2026.

/s/ *Kayla B. Polonsky*
Kayla B. Polonsky
Ga. Bar No. 952174