**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| JAMES G. BAKER, *as Chapter 7 Trustee for the Bankruptcy Estate of Connie Kimberly George*, | Case No. 1:26-CV-00163-JPB |
| Plaintiff, | |
| v. | |
| ASPEN SPECIALTY INSURANCE COMPANY, | |
| Defendant. | |

**DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, the undersigned counsel for Defendant Aspen Specialty Insurance Company ("Aspen") hereby files this Certificate of Interested Persons and Corporate Disclosure Statement as follows:

1.     The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including

any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

Aspen Specialty Insurance Company is the Defendant in this action. Aspen Specialty Insurance Company is a North Dakota domiciled insurer with a principal place of business in Jersey City, NJ and is a wholly owned subsidiary of Aspen American Insurance Company, a Texas domiciled insurer ("AAIC"). AAIC is a wholly owned subsidiary of Aspen U.S. Holdings, Inc., a Delaware corporation ("AUSH"). AUSH is a wholly owned subsidiary of Aspen (UK) Holdings Limited, a corporation organized under the laws of England and Wales ("AUKH"). AUKH is a wholly owned subsidiary of Aspen Insurance Holdings Limited, a Bermuda exempted company ("AHL"). AHL is a wholly owned subsidiary of Endurance Specialty Insurance Ltd., a Bermuda exempted company ("ESIL"). ESIL is a wholly owned subsidiary of Sompo International Holdings Ltd., a Bermuda company limited by shares. ESIL's ultimate owner is Sompo Holdings, Inc., a holding company existing under the laws of Japan and listed on the Tokyo Stock Exchange. Preference shares of AHL are traded on the New York Stock Exchange.

2. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

None.

3.      The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Shari L. Klevens
Christina M. Carroll
Sarah E. Trevino
Dentons US LLP

4.      The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

Aspen is a North Dakota domiciled insurer with its principal place of business in New Jersey.

Respectfully submitted this 16th day of March, 2026.

Respectfully submitted,

/s/_____
Shari L. Klevens
GA Bar No. 663977
Sarah E. Trevino
GA Bar No. 660094
**Dentons US LLP**
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
Facsimile: (404) 527-4198
shari.klevens@dentons.com
sarah.trevino@dentons.com

Christina M. Carroll
(*pro hac vice* application forthcoming)
**Dentons US LLP**
1900 K Street NW
Washington, DC 20006
Telephone: (202) 496-7212
Facsimile: (202) 496-7756
christina.carroll@dentons.com

*Attorneys for Defendant*

## <u>FONT CERTIFICATION</u>

Pursuant to Local Rule 7.1(D), I hereby certify that the foregoing document was prepared using Time New Roman 14 point type as provided in Local Rule 5.1.

Dated:  March 16, 2026

Respectfully submitted,

*/s/*_____
Shari L. Klevens

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2026, the undersigned electronically filed the foregoing using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

/s/ _____

Shari L. Klevens