# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

JAMES G. BAKER, *AS CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF CONNIE KIMBERLY GEORGE*,

      *Plaintiff*,

v.

ASPEN SPECIALTY INSURANCE COMPANY,

      *Defendant.*

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 1:26-cv-00163-JPB

## <u>PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, the undersigned counsel for Plaintiff James G. Baker, as Chapter 7 Trustee for the Bankruptcy Estate of Connie Kimberly George, hereby files this Certificate of Interested Persons and Corporate Disclosure Statement as follows:

1. The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

#5236364v2

**Plaintiff**:

James G. Baker, as Chapter 7 Trustee for the Bankruptcy Estate of Connie Kimberly George

**Defendant**:

Aspen Specialty Insurance Company

Aspen Insurance Holdings Limited

Endurance Specialty Insurance Ltd.

Aspen U.S. Holdings, Inc.

Aspen American Insurance Company

Aspen (UK) Holdings Limited

Sompo Holdings, Inc.

Sompo International Holdings Ltd.

2.      The undersigned counsel of record for a party to this action further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest or other interest which could be substantially affected by the outcome of this particular case: **Connie George, Asen Specialty Insurance Company's insured.**

3.      The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Bondurant, Mixson & Elmore, LLP (law firm of record for Plaintiff)

Carroll, Christine M. (attorney of record for Defendant)

Dentons US LLP (law firm of record for Plaintiff)

Gannon, Kayla P. (attorney of record for Plaintiff)

Klevens, Shari L. (attorney of record for Defendant)

Page, E. Allen (attorney of record for Plaintiff)

Ramachandrappa, Naveen (attorney of record for Plaintiff)

Sellers, Matthew R. (attorney of record for Plaintiff)

Thorpe, Benjamin W. (attorney of record for Plaintiff)

4.      The undersigned further certifies that the following is a full and complete list of the citizenship of every individual or entity whose citizenship is attributed to a party or proposed intervenor on whose behalf this certificate is filed:

- Connie Kimberly George is a citizen of the state of Georgia, so her bankruptcy estate is a citizen of Georgia.

- Aspen is a North Dakota domiciled insurer with its principal place of business in New Jersey.

 Respectfully submitted this 20th day of March, 2026.

/s/ *Ben W. Thorpe*
Naveen Ramachandrappa
Ga. Bar No. 422036
Ben W. Thorpe
Ga. Bar. No. 874911
Matthew R. Sellers
Ga. Bar No. 691202

3

E. Allen Page
Ga. Bar No. 640163
Kayla B. Polonsky
Ga. Bar No. 952174

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 West Peachtree St. NW
Atlanta, Georgia 30309
Tel: (404) 881-4152
Fax: (404) 881-4111
ramachandrappa@bmelaw.com
bthorpe@bmelaw.com
sellers@bmelaw.com
page@bmelaw.com
polonsky@bmelaw.com

#5236364v2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on March 20, 2026, the undersigned electronically filed the foregoing using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

This 20th day of March, 2026.

/s/ *Ben W. Thorpe*

#5236364v2