| | |
|---|---|
| JAMES G. BAKER, as Chapter 7 Trustee for the Bankruptcy Estate of Connie Kimberly George,<br><br>    *Plaintiff,*<br><br>v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY,<br><br>    *Defendant.* | CIVIL ACTION FILE NO. No. 1:26-CV-00163-JPB<br><br>Jury Trial Demanded |

## <u>RULE 5.4 CERTIFICATE OF SERVICE</u>

I hereby certify that on April 15, 2026, I served the following:

1.    PLAINTIFF JAMES G. BAKER'S FIRST REQUESTS FOR ADMISSION TO DEFENDANT ASPEN SPECIALTY INSURANCE COMPANY and

2.    PLAINTIFF JAMES G. BAKER'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ASPEN SPECIALTY INSURANCE COMPANY

on all attorneys of record via electronic mail as follows:

Shari L. Klevens
Dentons US LLP
shari.klevens@dentons.com

Christina M. Carroll
(admitted *pro hac vice*)
Dentons US LLP
christina.carroll@dentons.com

*Attorneys for Defendant Aspen Specialty Insurance Company*

This 16th day of April, 2026.

*/s/ Benjamin W. Thorpe*
Naveen Ramachandrappa
Georgia Bar No. 422036
Benjamin W. Thorpe
Georgia Bar No. 874911
Matthew R. Sellers
Georgia Bar No. 691202
Edwin A. Page
Georgia Bar No. 640163
Kayla P. Gannon
Georgia Bar No. 952174
**Bondurant, Mixson & Elmore, LLP**
1201 W Peachtree St NW, Suite 3900
Atlanta, Georgia 30309
Tel: (404) 881-4100
ramachandrappa@bmelaw.com
thorpe@bmelaw.com
sellers@bmelaw.com
page@bmelaw.com
polonsky@bmelaw.com

*Attorneys for Plaintiff James G. Baker, as Chapter 7 Trustee for the Bankruptcy Estate of Connie Kimberly George*

2

## <u>**L.R. 5.1(C) CERTIFICATE OF COMPLIANCE**</u>

Per L.R. 7.1(D), I certify that this pleading was prepared per L.R. 5.1(C) in Times New Roman, 14-point type face.

*/s/ Benjamin W. Thorpe*
Georgia Bar No. 874911

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served the foregoing **RULE 5.4 CERTIFICATE OF SERVICE** by filing it with the Clerk of Court using the CM/ECF system, which will automatically send email notification to counsel of record.

This 16th day of April, 2026.

*/s/ Benjamin W. Thorpe*
Georgia Bar No. 874911