# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| JAMES G. BAKER, *as Chapter 7 Trustee for the Bankruptcy Estate of Connie Kimberly George*,<br><br>         Plaintiff,<br>   v.<br><br>ASPEN SPECIALTY INSURANCE COMPANY,<br><br>         Defendant. | Civil Action No. 1:26-CV-00163-JPB |

## DEFENDANT ASPEN SPECIALTY INSURANCE COMPANY'S RULE 5.4 <u>CERTIFICATE OF SERVICE</u>

Pursuant to Local Rule 5.4, I hereby certify that on May 31, 2026, I caused

to be served a true and correct copy of the following discovery:

- DEFENDANT ASPEN SPECIALTY INSURANCE COMPANY'S FIRST SET OF REQUESTS FOR ADMISSION TO PLAINTIFF JAMES G. BAKER

by electronic mail, addressed to counsel of record below:

Benjamin W. Thorpe<br>
Naveen Ramachandrappa<br>
Matthew R. Sellers<br>
Edwin A. Page<br>
Kayla P. Gannon<br>
**Bondurant, Mixson & Elmore, LLP**<br>
1201 W Peachtree St NW, Suite 3900<br>
Atlanta, Georgia 30309<br>
Tel: (404) 881-4100<br>
thorpe@bmelaw.com

1

ramachandrappa@bmelaw.com
sellers@bmelaw.com
page@bmelaw.com
polonsky@bmelaw.com

*Attorneys for Plaintiff*

This 1st day of June, 2026.

Respectfully submitted,

/s/ *Shari L. Klevens*
Shari L. Klevens
GA Bar No. 663977
**Dentons US LLP**
303 Peachtree Street, NE
Suite 5300
Atlanta, GA 30308
Telephone: (404) 527-4000
shari.klevens@dentons.com

Christina M. Carroll
(admitted *pro hac vice*)
**Dentons US LLP**
1900 K Street NW
Washington, DC 20006
Telephone: (202) 496-7212
christina.carroll@dentons.com

*Attorneys for Aspen Specialty Insurance Company*

2

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned counsel hereby certifies that this filing has been prepared with one of the font and point selections approved by the Court in LR 5.1(C): Times New Roman, 14-point type.

/s/ *Shari L. Klevens*
Shari L. Klevens
Georgia Bar No. 663977

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the undersigned caused to be served the foregoing **DEFENDANT ASPEN SPECIALTY INSURANCE COMPANY'S RULE 5.4 CERTIFICATE OF SERVICE** by filing it with the Court's CM/ECF system, which will automatically send email notification to counsel of record.

This 1st day of June, 2026.

/s/ Shari L. Klevens
Shari L. Klevens
GA Bar No. 663977