UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES G. BAKER, as Chapter 7
Trustee for the Bankruptcy Estate of
Connie Kimberly George,

      Plaintiff,

  v.

ASPEN SPECIALITY INSURANCE
COMPANY,

      Defendant.

CIVIL ACTION NO.
1:26-CV-00163-JPB

## ORDER

This matter is before the Court on the parties' Joint Motion for Entry of Consent Protective Confidentiality Order [Doc. 16]. The motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Consent Protective Confidentiality Order proposed by the parties is approved and incorporated by reference as if fully set forth herein.

**SO ORDERED** this 2nd day of June, 2026.

J. P. BOULEE
United States District Judge